Thank you. I'm Bernie Souters. You are a respondent of the University Institute of Peace, the co-author of Genocide in the West. You have a number of cases consolidated here. I'm going to explain your view. You've been a very important member of the United States. I think you have some qualifying identities in the Institute of Peace. Following the Craig Robin trial address, he qualified an identity in the United States. Following that, he presented an identity to the Attorney General's Office of Justice. Following that, Mr. Schlosser, he is representing the jurisdiction. He has a number of different views. And in all, he wants to be an equal participation. I'm going to call him off for just two minutes, and then you have all the time on your hands left. All right. So you have two minutes. So I say all I'm going to do is, I'm going to ask a question and you're going to take all your time. Major, you are a jurist. There are two separate and independent reasons why there's no qualifying identity here. One, it is a big issue. More than the Constitution, it's a big, great issue here. It's clearly established. I hope you can address the symbol and the ban on the standard of jurisdiction. It is in the Calister Supreme Court case, Bennett-Jones v. County of Los Angeles. He wrote those cases. There was the issue of talking cases under this Constitution. You know, he's had a service in fixing those. And the CUNY v. County of Los Angeles case, it involved the representation of deceased, chronic, recorded, or assembled deceased. And this Constitution is just so obviously unconstitutional. It is in there. It's in there. So, let's get you to it. So, I agree with what you're arguing. I'm just going to put it in there. The CUNY v. County of Los Angeles case is a pretty broad case. This is, you know, a student in Virginia, obviously, and he was having trouble with his apartment. He was following people for a number of years, since he was a kid. And it's about a year and two and a half. He gets his son. And he's a member of Christmas Circle, which I don't believe in, or whatnot. The brains in Christmas are hundreds of times harder. Why is that? Okay, I saw that in the record. Why is it that the brains from the, you know, the deceased and dying from it are higher in Christmas than they are in the surrounding environment? There's a few reasons for that. One of the reasons is due to the future of Christmas. There's not a big pile of dirt. There's no ground cover. And the CUNY students were repeatedly warned to ground cover, meaning to mask and better ventilation systems, meaning to distance. Another reason is because there are a lot of hard-of-hearing Americans in Hispanics and Christians. The individual population in those areas, they are very susceptible to these diseases, which is kind of not obvious to ordinary Americans, first of all, because it's interesting for some students, some of us, to think that there's a racial bias in the sense of any different views. And those were very surprising. They have big differences. Some of us were there. There are big differences. We're just voice groups asserting there's a big difference here. Also, there was a need in American science. The CDC, the Centers for Disease Control, the federal agency wanted to come in and ask our CDCs to hold the Christian officials when they were extremely blind. And they were extremely blind. They told the Christian CDCs, we are expert brains here. We need to do something about this. What do you think? So, what is the, so we know there's a constitutional law in this society that we should be following. And when all that law is going to apply, the Christian CDCs are going to be saying, I'm just going to keep this in my house. Prisoners should stay in my house. It matters. When was the earliest date that that client authority should have been clear to say the decision-making was an official decision, saying it was with the receiver's support when the receiver finished talking and said what he didn't see, and what year was that? Well, the history and the reality are that there have been many, many years when it's a client in connection with a crisis of sensitivity. So, in approximately 2004, the Canadian memo clearly also stated that these differences were assessed and the assessment series aimed for mitigation efforts in prison. There is your argument that the Canadian memo reasonably objective decision-maker in the prisons would be aware that making that memo now required Yes. I think it was here in 2004, and it became actually more and more clear, and it is one of the things where it's getting worse and worse. It's in 2009, truly, the CDC, the Prison Registration and Handling Reports looked at how these issues all came out at a time when there was sufficient state prisons have already basically been taken over by the defense, by the state attorneys, by the private editors, the receiver, and the receivers, and reports and recommendations were made on what distributions were required in prison in terms of periods, in terms of how long a period is. The fact is, in 2008, when the District Court closed, well, first of all, the receivers, obviously, occasionally, were running and the receivers had to be responsible and as we hear here, the prison divisions are marching, and we are not just talking about treating somebody with a prescription addiction as sort of causal or whatnot. We are talking about institution policy and its responsibility to the prison divisions compared to the zero-incidence incubation program that has so many prisons, so much more prisons, and as we continue, the author of the institution policy was one of the defendants. The omission of the institution policy were other defendants. Further, the receiver is the one who entails the function, the mitigation of various things and it's on the defendants, the District Courts overseeing and they were the ones responsible for this omission. But all this back at this moment, I'm just going to briefly underline this. I'm going to be questioning it in a situation that's very contested, which is the agency and the nature of the prosecution industry. Because following the English order which then applied the standard of liberty to the prisoners based on the risk of serious harm, there were multiple uncertainties, grades and laws in particular. There were also so many overtages, excesses. And where this came under was involved in 17 and below that was the subjugation of environmental hazards and in addition to our partisan themes as involved in these issues considered the nature of the general thesis. And this is what I'm going to call a scroll instead of a general constitutional law. Since the allegations are either repeatedly recognized as presidential or constitutionally prohibited, or either in different clauses and practices that excuse those agencies to seek the risk of serious harm, the court did not extend as the District Court correctly recognizes the main themes in this case were the sea, basin, colony as the themes as the former clause and several more precedents. So, to answer your question, if all of this was decided back in the early mid-1993, we, the courts have recognized applies to one and more basic set of environmental hazards now. I think it's still unclear if the District Court allows us to say what the relationship with the receiver is, because I think the District Court is an outlier in that we do consider some of the issues not responsible for police collusion as well as the communication error or the defection. There's these very areas that are hard to succeed in. First of all, this argument doesn't come up in the District Court. As you can see, this is an argument that we see in a variety of ways from independence and being said that the receiver's responsible for this. There's not a threat to evidence in the matter that it was the DNA of the receiver. There's no staffs that support them in the matter. In fact, if there's issues that may require the receiver to report it to the police, the receiver don't have to report it, and it's not a problem. There's no evidence that the DNA of the receiver is responsible in your evidence against the receiver. If there's no evidence that the DNA of the receiver was always there, and if there's a clause that is more valid in the history of cities, they aren't doing what the receiver is doing. Yes, they did. Yes, they did. Yes, they did. Good. Cool. Well done. Excellent. OK... So... One of the things that impact to me, is that our own humanity is not... You can see seventy professional issues is not something that they've been determined formally. At least at least in H-12, that is, their status depends against who they are. Sometimes there should be issues in the journal that would go to whether or not this condition should have been aware of, or whether or not it was only combined with what they were supposed to do. So I was just thinking that there's evidently should be issues that there are certain humanitarian issues involved in the condition, qualified means, and a lot of other things. We decided that there isn't a humanitarian service for them, and the only thing that is positive the reality is that H-18 and H-14 should be deemed as unnecessary to us, as indeed these defendants were well aware of their risks long ago, during a number of battles, and their charges of inertia and sinning, and we obviously as defendants are not going to consider any addition to their injury against their citizens here. Thank you. Thank you. Thank you. Thank you. I'm joined in the support by Instagram in Toronto. I represent 200 families. Um, he's my son-in-law, called Fulton, and it seems to me that mine was the first case where there's been a report that there was qualified humanitarian considerations in the receiver. I mean, if you look at when we look at this, if you question the law of humanitarian in the end, they'll say that the pre-intercease, and look at Hillary as well as Hillary Clinton.   um,
judges: Kleinfeld, Wardlaw, Peterson